Eastern District of Kentucky
FILED

FEB 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

CRIMINAL ACTION NO. _6:26-cr-033-KKC_

UNITED STATES OF AMERICA                              PLAINTIFF

V.              **MOTION OF UNITED STATES FOR ARRAIGNMENT**

**DEWAYNE HARRIS**                                     **DEFENDANT**

\*   \*   \*   \*   \*

Defendant Dewayne Harris is before the Court based on the alleged violations of

supervised release in the case of *United States v. Harris*, 6:03-CR-17-KKC. In light of the

Indictment returned by the grand jury, the United States moves for an arraignment for the

Defendant Dewayne Harris in this matter.

Respectfully submitted,

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov