# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

CRIMINAL ACTION NO. ___6:26-cr-033-KKC___

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          **ORDER SETTING ARRAIGNMENT**

**DEWAYNE HARRIS**                                          DEFENDANT

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for arraignment is GRANTED, and this matter is SET FOR ARRAIGNMENT in United States District Court at London, on _____, 2026, at _____.

On this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Andrew H. Trimble, Assistant United States Attorney