UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No. 6:26-CR-33-KKC-EBA-1 At Lexington Date September 21, 2026

USA vs Dewayne Harris X present X custody ____ bond ____ OR Age _____

DOCKET ENTRY: The parties appeared for sentencing as noted. For the reasons stated fully on the record, the Court OVERRULES the defendant's objection to the Presentence Report. The Court adopts the factual findings and the advisory guideline applications that are set forth in the Presentence Report. The Court GRANTS the government's oral motion to dismiss counts 2, 3, 4, and 6 of the Indictment. The Court GRANTS the defendant's motion for downward variance (DE #49). There were no objections to the sentence as stated.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Elaine Haberer | Andrew H. Trimble |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft Travis Rossman X present ____ retained X appointed

PROCEEDINGS: **SENTENCING** (Non-Evidentiary)

X Objections to Presentence Report.

______ No objections to Presentence Report.

______ The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

X Court's Advice of Right to Appeal provided to defendant.

X Transcript shall be deemed as written findings of Court.

X Judgment shall be entered (See Judgment & Commitment.)

______ Defendant to remain on bond and on conditions of release previously imposed.

X Defendant remanded to custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk km
TIC:/36